IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs.                  4:08CR00216-01-WRW

SIMON DELEON

## AMENDED JUDGMENT & COMMITMENT

The Judgment and Commitment filed in this case on June 18, 2009, is amended to reflect the following:

On page 1 of the Judgment & Commitment, the Nature of Offense should read:

    Felon in Possession of a Firearm, a Class A Felony.

The remaining portions of the Judgment & Commitment will remain in full force and effect.

IT IS SO ORDERED this 13th day of July, 2009.

                            /s/Wm. R. Wilson, Jr.
                            UNITED STATES DISTRICT JUDGE

amendJ&C1.wpd